# Court of Appeals
# of the State of Georgia

ATLANTA,____June 17, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0329. IN THE INTEREST OF: I. L. M., I. T. M., AND B.M., CHILDREN.**

We dismissed this application because the parents failed to include a copy of the motion for new trial with their application, and we therefore could not determine whether the motion was timely filed and tolled the time for filing the application. On motion for reconsideration, however, the parents have provided a stamped "filed" copy of the motion for new trial, indicating that the motion was timely filed. Accordingly, we GRANT the motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon consideration of the merits of the application for discretionary appeal, we hereby GRANT the application. The parents shall have ten days from the date of this order to file a notice of appeal in the trial court. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/17/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*